1  **FENNEMORE CRAIG JONES VARGAS**
   Christopher H. Byrd (NV Bar No. 1633)
2  Amanda J. Cowley (NV Bar No. 4578)
   Brenoch Wirthlin (NV Bar No. 10282)
3  300 South Fourth Street, Suite 1400
   Las Vegas, Nevada 89101
4  Telephone: (702) 692-8000
   Facsimile: (702) 692-8099
5  Email:  cbyrd@fclaw.com
           acowley@fclaw.com
6          bwirthli@fclaw.com

7  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 7-ELEVEN, INC., a Texas corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GURINDER KAUR, an individual, SUKHMANI CORP., a Nevada corporation, RAVINDER GREWAL, an individual, G&K ENTERPRISES, LLC, a Nevada limited-liability company,<br><br>Defendants.<br>_____<br>RAVINDER GREWAL, an individual,<br><br>Counterclaimant,<br>vs.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>Counterdefendant. | Case No.: 2:12-cv-01687-MMD-VCF<br><br><u>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**</u> |

Plaintiff, 7-ELEVEN, INC., (hereinafter "Plaintiff"), by and through its undersigned counsel of record, Christopher H. Byrd, Esq., and Defendants GURINDER KAUR ("Kaur") and SUKHMANI CORP. ("Sukhmani:), by and through their undersigned counsel of record, Paul S. Padda, Esq., hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that 7-Eleven Inc's claims against Kaur and Sukhmani contained in the Complaint shall be dismissed without prejudice; and

TDAY/8402384.1/087509.0569

FENNEMORE CRAIG
JONES VARGAS
LAS VEGAS

- 1 -

IT IS HEREBY FURTHER STIPULATED AND AGREED that all parties shall bear their own attorneys fees and costs.

Dated this __25__ day of November, 2013.        Dated this __25__ day of November, 2013.

**FENNEMORE CRAIG JONES VARGAS**              **COHEN & PADDA, LLP**

By: /s/Christopher H. Byrd                                    By: /s/Paul S. Padda
Christopher H. Byrd (NV Bar No. 1633)          Paul S. Padda
Amanda J. Cowley (NV Bar No. 4578)           Ruth L. Cohen
Brenoch Wirthlin (NV Bar No. 10282)            4240 West Flamingo Road Suite 220
                                                                           Las Vegas, NV 89103
*Attorneys for Plaintiff*

*Attorneys for Sukhmani Corporation and Gurinder Kaur*

**ORDER**

IT IS SO ORDERED.

DATED this 25th day of _____, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

TDAY/8402384.1/087509.0569

## CERTIFICATE OF SERVICE

On November 25, 2013 I served the following document(s):

## STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

I served the above-named document(s) by the following means to the persons as listed below:

[X]  **By ECF System** (or the "Notice of Electronic Filing" to all addressees):

| Brian P. Clark<br>Clark Tatom McCourt<br>7371 Prairie Falcon Road<br>Las Vegas, NV 89128<br>*Attorneys for G&K Enterprises, LLC, and Ravinder Grewal* | Paul S. Padda<br>Ruth L. Cohen<br>Cohen & Padda, LLP<br>4240 West Flamingo Road<br>Suite 220<br>Las Vegas, NV 89103<br>*Attorneys for Sukhmani Corporation and Gurinder Kaur* |
|---|---|
| R. Vaughn Gourley<br>Stephens, Gourley & Bywater<br>3636 N. Rancho Dr.<br>Las Vegas, NV 89130<br>*Attorneys for G&K Enterprises, LLC, and Ravinder Grewal* | |

[ ]  **By U.S. Mail**, postage fully prepaid to persons and addresses as follows:

[ ]  **By Personal Service** (to persons and addresses):

[ ]  For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

[ ]  For a party, deliver was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]  **By Direct Email** (as opposed to through the ECF system (list persons and email addresses). Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **By Facsimile Transmission:** (list persons and fax numbers): Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the

TDAY/8402384.1/087509.0569

FENNEMORE CRAIG
JONES VARGAS
LAS VEGAS

document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

[ ] **By Messenger:** I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger service. (A declaration by the messenger must be attached to this Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of November, 2013.

/s/ *Trista Day*
An Employee of Fennemore Craig Jones Vargas

TDAY/8402384.1/087509.0569

- 4 -